# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRIAN WAYNE BICKFORD

VERSUS

SHAD WAYNE MACK, ADRIANE
DIER MACK, AND DIXIE
ELECTRIC MEMBERSHIP
CORPORATION

NO.   2022 CW 0424

JUNE 22, 2022

---

In Re:    Shad Wayne Mack and Adriane Dier Mack, applying for
          supervisory writs, 21st Judicial District Court,
          Parish of Livingston, No. 170889.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND LANIER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.**

**VGW**
**JMG**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT